IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROBERT WESLEY,

    Petitioner,                   No. CIV S-07-2788 LEW JFM P

    vs.

JAMES WALKER, et al.,

    Respondents.               ORDER

_____/

        Respondent has requested an extension of time to file an answer to the petition for writ of habeas corpus pursuant to the court's order of January 18, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 4, 2008 request for an extension of time is granted; and

        2. Respondent's March 4, 2008 answer is deemed timely filed.

DATED: March 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
wesl2788.111